UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>             Plaintiff,<br><br>     v.<br><br>JIMMY G. BEAN, et al.,<br><br>             Defendants.<br>_____/ | No. C 12-02357 LB<br><br>**ORDER DIRECTING COMPLIANCE WITH THIS DISTRICT'S CIVIL LOCAL RULES WITH RESPECT TO THE NOTICING OF PLAINTIFF'S MOTION TO REMAND**<br><br>[Re: ECF No. 4] |

On March 6, 2012, Plaintiff Federal National Mortgage Association filed an unlawful detainer complaint against Defendants Clara Evans, Jimmy G. Bean and David Navarette in state court. Notice of Removal, ECF No. 1. Ms. Evans removed the case to federal court on May 10, 2012. *Id.*[1] Now, Plaintiff moves to remand the action. Motion to Remand, ECF No. 4. Plaintiff filed its motion on June 7, 2012, but noticed it for hearing before the undersigned on Thursday, July 5, 2012. *Id.* at 1.

This District's Civil Local Rule 7-2(a) requires that the noticed hearing date for all motions take place not less than 35 days after the service of the motion, except as otherwise ordered or permitted by the assigned Judge or the Local Rules. N.D. Cal. Civ. L.R. 7-2(a).

Plaintiff's selected hearing date does not comply with this District's Civil Local Rules. The

---

[1] Mr. Bean and Mr. Navarette failed to appear in the action and their default was entered. Notice of Removal, ECF No. 1 at 1. Because only Ms. Evans appeared, only she removed the case.

C 12-02357 LB
ORDER

1  selected hearing date falls 28 days after the service of the motion, less than the 35 days required by
2  Civil Local Rule 7-2(a).
3      Plaintiff is directed to re-notice their motion in accordance with Civil Local Rule 7-2.  In
4  addition, all parties are directed to review this District's Civil Local Rules and comply with them for
5  all future filings and proceedings.
6  **IT IS SO ORDERED.**
7  Dated: June 12, 2012

                                _____
                                LAUREL BEELER
                                United States Magistrate Judge