**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

        Plaintiff,

   v.

JIMMY G. BEAN, *et al.*,

        Defendants.
                                 /

No. C 12-2357 SI

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO THE SUPERIOR COURT FOR THE COUNTY OF CONTRA COSTA**

On May 10, 2012, intervening *pro se* defendant Clara Evans removed this unlawful detainer action from state court, asserting federal question jurisdiction as the basis for removal. This case was originally assigned to Magistrate Judge Beeler, and on July 2, 2012, Judge Beeler issued an Order That Case Be Reassigned to District Judge and Report and Recommendation. The Report and Recommendation finds that there is no jurisdiction because there are no federal claims alleged in the unlawful detainer complaint. No objections to the Report and Recommendation were filed by the July 17, 2012 deadline.

The Court has reviewed the Notice of Removal and Judge Beeler's Report and Recommendation, and concludes that removal was improper and that this Court lacks jurisdiction for the reasons stated in the Report and Recommendation. Accordingly, the Court ADOPTS the Report and Recommendation and REMANDS this case to the Superior Court for the County of Contra Costa. All pending motions are DENIED as moot.

     **IT IS SO ORDERED.**

Dated: July 19, 2012

                                                                     SUSAN ILLSTON
                                                                       United States District Judge